**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

RICHARD McCORKLE, JR.                                                                                    PLAINTIFF

V.                                        NO: 5:09CV00011 JMM

ARKANSAS COUNTY
DETENTION CENTER *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   2   day of March, 2009.


_____
UNITED STATES DISTRICT JUDGE